# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CRAIG CUNNINGHAM** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil No. 3:16-CV-00222 |
| ) | Judge Trauger |
| **ALBERT U. TIECHE, ET AL.** ) | Magistrate Frensley |
|     **Defendants.** ) | |

## REPORT AND RECOMMENDATION

Plaintiff has filed a Motion to Dismiss as to Defendant Shoutpoint, Inc. with prejudice. Docket No. 100. The undersigned recommends that the Court grant Plaintiff's Motion to Dismiss Shoutpoint, Inc. with prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has ten (10) days from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have ten (10) days from receipt of any objections filed in this Report in which to file any response to said objections. Failure to file specific objections within ten (10) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

    **IT IS SO ORDERED.**

 

_____
**JEFFERY S. FRENSLEY**
**U. S. District Magistrate Judge**