# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-00222 |
| ) | Judge Trauger |
| SHOUTPOINT, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 27, 2017, the Magistrate Judge issued a Report and Recommendation (DE #102), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion to Dismiss Defendant Shoutpoint Inc. With Prejudice (Docket No. 100) is GRANTED, and all claims against this defendant are DISMISSED with prejudice. The Clerk shall term the Motion for Summary Judgment filed by this defendant.

This case is returned to the magistrate judge for further handling under the original referral order.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 23rd day of June 2017.

_____
ALETA A. TRAUGER
U.S. District Judge