# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| CRAIG CUNNINGHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:16-cv-00222 |
| | ) | Judge Trauger |
| SHOUTPOINT, INC., ET AL., | ) | |
| Defendants. | ) | |

## O R D E R

On March 9, 2018, the magistrate judge issued a Report and Recommendation (DE #135), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion to Dismiss With Prejudice as to Defendants Michael Montes, Amy Montes, and Tollfreezone.com, Inc., (Docket No. 134) is GRANTED, the Motions to Dismiss (Docket No. 120, 123) and the Motion for Summary Judgment (Docket No. 129) filed by these defendants are DENIED as moot.

It is so **ORDERED.**

Enter this 2nd day of July 2018.

_____
ALETA A. TRAUGER
U.S. District Judge